UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARY BROOKS,

    Plaintiff,

vs.

MIDWEST FIRST STAR, INC.,

    Defendant.

Case No. 3:12-cv-67

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion to amend the calendar order. (Doc. 13). For good cause shown, the motion is hereby **GRANTED**.

The Court enters the following Amended Calendar Order:

| | |
|---|---|
| Discovery deadline: | **May 7, 2013** |
| Dispositive motion deadline:[1] | **June 11, 2013** |
| Status Conference by telephone parties shall call into 1-888-684-8852:[2] | **July 8, 2013 at 1:00 p.m.** |
| Final pretrial conference in Dayton Chambers, Room 902: | **September 26, 2013 at 9:30 a.m.** |
| Jury Trial in Dayton: | **October 7, 2013 at 9:30 a.m.** |

**IT IS SO ORDERED.**

Date: 2/13/12

Timothy S. Black
United States District Judge

---

[1] See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/judges/fpblack.htm

[2] Access code: 8411435; Security code: 123456. All status conferences are with Judge Black.